ANDREW D. CAMPBELL, appellant,

*v.*

J. FRANK FORT, executor, respondent.

*Mr. A. M. Hassell,* for appellant.

*Mr. Joseph Coult,* for respondent.

PER CURIAM.

This decree unanimously affirmed. No opinion was filed in the court of chancery.